AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: $22,420.00 IN U.S. CURRENCY SEIZED FROM AARON LAMONT RICHARDS, AND JENNIFER DENISE COLEY HELD BY THE DRUG ENFORCEMENT ADMINISTRATION,<br><br>AMANDA MOCK,<br>        Plaintiff/Claimant,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:08-CV-12-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Dismiss is ALLOWED, Mock's Motion for Release of Funds is DENIED WITHOUT PREJUDICE, and this action is DISMISSED WITHOUT PREJUDICE.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 5, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


R. Daniel Boyce                                                                  Neal Fowler
P. O. Box 1990                                                                   310 New Bern Ave., Suite 800
Raleigh, NC 27602-1990                                                           Raleigh, NC 27601



May 5, 2008                                                                      DENNIS P. IAVARONE
Date                                                                             Clerk of Court

                                                                                                              /s/ Susan K. Enyart
*Wilmington, North Carolina*                                                     *(By) Deputy Clerk*